# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

DAVID J. JOHN,

    Petitioner,

v.

L.S. McEWEN,

    Respondent.

No. CV 12-5174-DMG (PLA)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of the Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 18, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE