JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID J. JOHN,<br><br>      Petitioner,<br><br>      v.<br><br>L.S. McEWEN,<br><br>      Respondent. | No. CV 12-5174-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Third Report and Recommendation, IT IS ADJUDGED that the Third Amended Petition is DENIED and dismissed with prejudice.

DATED: September 1, 2022

                                        DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE